United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2024 JUL -8 PM 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

v.                                    Case No. 22-CR-10193 NMG

Charlie D. Vick,

       Pro-se

## Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

Now comes the defendant Charlie D. Vick, pro-se, Pursuant to 28 U.S.C. 2255. I respectfully ask this Honorable court to Vacate, Set Aside, or correct my sentence based on the following:

On Feb. 22, 2023 I was charged with Possession of a firearm, while being a convicted felon in violation of 18 U.S.C. 922(g). These charges led to a violation of my supervised release probation.

I was held in violation of my supervised release probation on March 29, 2023 out of the United States District Court, for the District of Massachusetts, Boston. I recieved a final revocation hearing on or about Oct. 19, 2023. I believe.

Your Honor sentenced me to, twenty-two (22) months to

1.

serve, followed by one (1) year of supervised release after said sentence, For my first time violating my probation.

The matter that your Honor found me in violation of: The evidence was suppressed due to a Constitutional Rights violation. See. (Case No. 4:23-CR-40003-MRG)(Document No. 157)

A prisoner in custody under sentence of a Court by Act of Congress claimming the right to be released upon the grounds that the sentence was imposed in violation of the Constitution or laws of the United States, or the Court was without Jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to Collateral attack, may move the Court that which imposed the sentence to vacate, Set Aside, or Correct the sentence. 28 U.S.C. 2255

I was represented by Attorney Richard Farrell for my final revocation hearing. I do not have any other sentence to serve after I complete the sentence for the Judgement I am challenging.

Therefore, I respectfully ask this Court to resentence me to time served and to terminate my supervised release probation, due to me servering an unreasonably

2.

long sentence.

I declare under the penalty of perjury that the foregoing is true and correct and that this motion under 28 U.S.C. 2255 was placed in the prison mail system on July 6, 2024

Respectfully Submitted,

*Charlie Vick*

Charlie D. Vick 12065-070
Donald W. Wyatt Detention Facility
950 High Street, Central Falls,

3.